[Cite as *Holton v. Warren Correctional Inst.*, 2009-Ohio-7154.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

JEFF T. HOLTON

Plaintiff

v.

WARREN CORRECTIONAL INSTITUTION

Defendant

Case No. 2008-09511-AD

Deputy Clerk Daniel R. Borchert

MEMORANDUM DECISION

## FINDINGS OF FACT

**{¶ 1}** 1) Plaintiff, Jeff T. Holt, an inmate formerly incarcerated at defendant, Warren Correctional Institution (WCI), alleged several items of his personal property were lost while under the custody and control of WCI staff on or after October 16, 2006. Plaintiff filed this action seeking to recover the replacement cost of his missing property items. Payment of the filing fee was waived.

**{¶ 2}** 2) Defendant filed an investigation report admitting liability for plaintiff's loss and asserting damages should be set at $300.00.

**{¶ 3}** 3) Plaintiff filed a response expressing his agreement with defendant's proposed damage amount of $300.00.

## CONCLUSIONS OF LAW

**{¶ 4}** 1) Negligence on the part of defendant has been shown in respect to all property claimed. *Baisden v. Southern Ohio Correctional Facility* (1977), 76-0617-AD. Defendant is liable to plaintiff in the amount of $300.00 for property loss.

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

JEFF T. HOLTON

    Plaintiff

    v.

WARREN CORRECTIONAL INSTITUTION

    Defendant

    Case No. 2008-09511-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF ADMINISTRATIVE
DETERMINATION


Having considered all the evidence in the claim file and, for the reasons set forth in the memorandum decision filed concurrently herewith, judgment is rendered in favor of plaintiff in the amount of $300.00. Court costs are assessed against defendant.



                        DANIEL R. BORCHERT
                        Deputy Clerk

Entry cc:

Jeff T. Holton, #418-333
P.O. Box 45699
Lucasville, Ohio 45699-0001

Gregory C. Trout, Chief Counsel
Department of Rehabilitation
and Correction
770 West Broad Street
Columbus, Ohio 43222

RDK/laa
11/3
Filed 11/17/09
Sent to S.C. reporter 3/5/10